United States District Court
Southern District of Texas
**ENTERED**
September 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVEX, INC., *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:18-cv-1175 |
| TRANSFAIR NORTH AMERICA INTERNATIONAL FREIGHT SERVICES, INC. ET AL., *Defendants.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, Orders, and Recommendation dated August, 12, 2020 (Dkt. 65) and the objections thereto (Dkt. 66), the court is of the opinion that said Memorandum, Orders, and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum, Orders, and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this **2nd** day of September, 2020.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE