United States District Court
Southern District of Texas
**ENTERED**
August 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVEX, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:18-cv-1175 |
| | § | |
| TRANSFAIR NORTH AMERICA INTERNATIONAL | § | |
| FREIGHT SERVICES, INC. ET AL., | § | |
| *Defendants.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 2, 2021 (ECF 84) and the objections thereto (ECF 85), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. This case is dismissed with prejudice. The court will issue a separate Final Judgment.

**SIGNED** at Houston, Texas this _19th_ day of August, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE