United States District Court
Southern District of Texas
**ENTERED**
November 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVEX, INC., § | | |
| *Plaintiff,* § | | |
| § | | |
| V. § | CIVIL ACTION NO. 4:18-cv-1175 | |
| § | | |
| TRANSFAIR NORTH AMERICA INTERNATIONAL § | | |
| FREIGHT SERVICES, INC. ET AL., § | | |
| *Defendants.* § | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 22, 2021 (ECF 91) and no objections having been filed thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's Motion to Amend Order and Judgment, or Alternatively, for New Trial (ECF 88) is **DENIED**.

**SIGNED** at Houston, Texas this 8th day of November, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE